

1  D. Lee Roberts, Jr., Esq.
   Nevada Bar No. 8877
2  *lroberts@wwhgd.com*
   WEINBERG, WHEELER, HUDGINS,
3     GUNN & DIAL, LLC
   6385 South Rainbow Blvd., Suite 400
4  Las Vegas, Nevada  89118
   Telephone:  (702) 938-3838
5  Facsimile:   (702) 938-3864

6  *Attorneys for Plaintiff*
   *AHERN RENTALS, INC.*
7

8                       **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  AHERN RENTALS, INC., | Case No.:   2:20-CV-00094-JAD-VCF |
| 11            Plaintiff, | |
| 12       v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13  KEITH WADE, an Individual; JESSIE WADE, an Individual; EQUIPMENTSHARE.COM, INC. DOES I-X inclusive and ROES I-X, inclusive, | |
| 14 | ECF No. 59 |
| 15 | |
| 16            Defendant(s). | |

17       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ahern Rentals,

18  Inc. and Defendants Keith Wade, Jessie Wade, and EquipmentShare.com Inc, by and through

19  their respective attorneys of record, pursuant to FED. R. CIV. P. 41, that the above-captioned

20  action and any and all claims and counterclaims asserted in said action are hereby **DISMISSED**

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 29th day of May, 2025.

Dated May 29, 2025

*/s/ D. Lee Roberts, Jr.*
D. Lee Roberts, Jr., Esq.
WEINBERG WHEELER HUDGINS
GUNN & DIAL
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorney for Plaintiff Ahern Rentals, Inc.*

Dated May 29, 2025

*/s/ Michael E. Brewer*
Michael E. Brewer, Esq. (admitted pro hac vice)
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111

Mitchell J. Langberg, Esq.
Emily Anne Ellis, Esq.
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 City Parkway, Suite 1200
Las Vegas, NV 89106

*Attorneys for Defendant EquipmentShare.com Inc*

Dated May 29, 2025

*/s/ Aviva Gordon*
Aviva Gordon, Esq.
GORDON LAW, LLC
1820 East Warm Springs Road, Suite 115
Las Vegas, NV 89119
*Attorneys for Defendants
Keith and Jessie Wade*

### ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation **[ECF No. 59]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice in its entirety, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 29, 2025